■ BETTY TYMKIN, Respondent, v ELLEN EDWARDS, Appellant.—

974

Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.